### THE ARGYLE COMPANY
*v.*
### THE SOUTH PARK COMMISSIONERS.

*Opinion filed April 21, 1898.*

This case involves the same questions determined in *Bass* v. *South Park Comrs.* 171 Ill. 370, and *Aldis* v. *South Park Comrs.* id. 424, and the decisions in those cases control this.

WRIT OF ERROR to the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding.

JOHNSON & MORRILL, for plaintiff in error.

GREEN, ROBBINS & HONORE, for defendants in error.

Per CURIAM: This case involves the same questions raised and decided in *Aldis* v. *South Park Comrs.* 171 Ill. 424, and *Bass* v. *South Park Comrs.* id. 370, and the ruling in those cases must control here. For the reasons stated in the cases cited the judgment of the circuit court will be affirmed.

*Judgment affirmed.*